# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| Sector | (S4) |
| Violation Number | 7013304 |
| Officer Name (Print) | Wartolic |
| Officer No. | C548 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 10/28/2022 |
| Offense Charged | ☒ CFR  ☐ USC  ☐ State Code — 43(FR834).17(d) / CVC 1846(a)(1) |
| Place of Offense | Wheeler Road MM1 |
| Offense Description: Factual Basis for Charge | Failure to yield to emergency vehicle |
| HAZMAT | ☐ |

### DEFENDANT INFORMATION

| Field | Value |
|---|---|
| Last Name | Quiroz |
| First Name | Christopher |
| MI | M |
| Street Address | [REDACTED] |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 4AVR42 | CA | 13 | Hndy | ☐ | Wht |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 80   Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 110   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| TBA | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/28, 20 22 while exercising my duties as a law enforcement officer in the S District of CA

See Attachment

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/28/22   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident